IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIE JAMES TERRELL,

     Petitioner,

      v.

MR. CARTER
AUTRY STATE PRISON,

     Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-4137-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 15] of the Magistrate Judge recommending dismissing the Petition for failure to exhaust state remedies. The Petitioner's objections quibble with dates but do not directly address the exhaustion issue. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 10 day of October, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Terrell\r&r.wpd